**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Miguel PANIAGUA–ORTIZ, Defendant—Appellant.**

No. 02–50307.

D.C. No. CR–02–01032–HBT.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2003.*

Decided March 20, 2003.

Before CANBY, O'SCANNLAIN, and T.G. NELSON, Circuit Judges.

## MEMORANDUM **

Miguel Paniagua–Ortiz appeals the 18–month sentence and one year term of supervised release imposed following his guilty plea conviction for one count of illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a).

Paniagua–Ortiz's contention that 18 U.S.C. § 3583 violates *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

L.Ed.2d 435 (2000) is foreclosed by our recent decision in *United States v. Liero,* 298 F.3d 1175, 1177–78 (9th Cir.2002), *cert. denied,* —— U.S. ——, 123 S.Ct. 913, 154 L.Ed.2d 820 (2003).

**AFFIRMED.**

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.